Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNI HODGES,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**RELIANT CAPITAL SOLUTIONS, LLC**,<br><br>Defendant. | Case No. 2:17-cv-00609-KJM-CMK<br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COMES THE PLAINTIFF by and through her attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No Defendant has filed either an answer or a motion for summary judgment at this time, thus a notice is sufficient to dismiss.

Respectfully submitted this 11th Day of July, 2017,

                                  By: s/Todd M. Friedman, Esq.
                                  TODD M. FRIEDMAN
                                  Attorney for Plaintiff

Filed electronically on this 11th Day of July, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Kimberly J. Mueller
United States District Court
Central District of California

This 11th Day of July, 2017.

<u>s/Todd M. Friedman, Esq.</u>
TODD M. FRIEDMAN