# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNI HODGES,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**RELIANT CAPITAL SOLUTIONS, LLC,**<br><br>Defendant. | Case No. 2:17-cv-00609-KJM-CMK<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated this 21st day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE